934 F.2d 319
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Charles J. HUGHEY, Plaintiff-Appellant,
v.
Joseph L. SAVITZ, III, individually and in his official
capacity as Assistant Appellate Defender at the South
Carolina Office of Appellate Defense Program, (from)
10/24/88-6/13/89), John & Jane Doe, One, Two, Three, Four,
and Five, individually and in his and her official capacity
as Assistant Appellate Defenders at the South Carolina
Office of Appellate Defense Program, (from)
10/24/88-6/13/89, William Isaac Diggs, individually and in
his official capacity as ex-Chief Attorney at the South
Carolina Office of Appellate Defense Program (from)
10/24/88-3/89, Elizabeth C. Fullwood, individually and in
her official capacity as Deputy Chief Attorney at the South
Carolina Office of Appellate Defense Program (from)
10/24/88-6/13/89, the Dean of the University of South
Carolina Law School, David I. Bruck, Ex-President of the
South Carolina Public Defenders Association (from)
10/24/88-6/13/89, the President of the South Carolina Bar
Association, the President of the South Carolina Trial
Lawyers Association, the Chairman of the South Carolina
Judicial Council, the Chairman of the Senate Judiciary
Committee or His Designee, the Chairman of the House of
Representatives or His Designee, all individually and in
their official capacity as members of the Office of the
South Carolina Appellate Defense Programs' Commission,
(from) 10/24/88-6/13/89, Defendants-Appellees,
The United States Attorney General, Intervenor.
 
 No. 91-6261.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 6, 1991.
Decided May 29, 1991.
 Appeal from the United States District Court for the District of South Carolina, at Columbia. G. Ross Anderson, Jr., District Judge. (CA-90-1331)
 Charles J. Hughey, appellant pro se.
 D.S.C.
 AFFIRMED.
 Before DONALD RUSSELL, WILKINSON and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Charles J. Hughey appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Hughey v. Savitz, CA-90-1331 (D.S.C. Dec. 17, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.